**Opinion filed January 26, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00338-CR
_____

## WALTER RAY BRIDGES, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 90th District Court**

**Stephens County, Texas**

**Trial Court Cause No. 32,499**

## M E M O R A N D U M   O P I N I O N

On November 10, 2011, after the attorney of record failed to file a brief in this case and sent this court a motion to dismiss appeal that did not comply with TEX. R. APP. P. 42.2 because it was not signed by appellant, Walter Ray Bridges, we abated the appeal. We requested that the trial court conduct a hearing pursuant to TEX. R. APP. P. 38.8(b) to determine, among other things, whether appellant desired to prosecute his appeal. The trial court held the hearing on December 13, 2011, and the supplemental records from that hearing have been furnished to this court. After the hearing, the trial court entered an order stating that appellant "does not desire to prosecute his appeal" and that appellant "agrees that the Motion to Dismiss Appeal be granted."

The record from the hearing supports the trial court's determinations. The record shows that appellant appeared at the hearing, stated in open court that he no longer desired to pursue his appeal, and asked that this court grant the motion to dismiss his appeal.

In accordance with appellant's request, we dismiss the appeal.

PER CURIAM

January 26, 2012

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.